JAMES P. KEMP, ESQ.
Nevada Bar No: 6375
VICTORIA L. NEAL, ESQ.
Nevada Bar No.: 13382
KEMP & KEMP
7435 W. Azure Drive, Ste 110
Las Vegas, NV 89130
702-258-1183 ph./702-258-6983 fax
jp@kemp-attorneys.com
vneal@kemp-attorneys.com

*Attorneys for Plaintiff*
*Maria Mendez de Quinonez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| MARIA MENDEZ DE QUINONEZ, | Case No.: 2:17-cv-02394-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| vs. | |
| RAMPARTS INC., d/b/a LUXOR HOTEL & CASINO, | **(Third Request)** |
| Defendant. | |

The parties, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 15, 2017, this Court entered an Order granting the Stipulated Discovery Plan and Scheduling Order submitted by the parties (ECF No. 27).

2. On April 9, 2018, this Court entered an Order granting the parties' joint Stipulation to Extend Discovery and Dispositive Motion deadlines for a period of 30 days to allow the parties to complete deposition discovery only (ECF No. 33), which the parties genuinely believed would be sufficient time to complete all remaining discovery.

3. On May 31, 2018, this Court entered an Order granting the parties' joint Stipulation to

1

Extend Discovery and Dispositive Motion deadlines for a period of 30 days to allow the parties to complete deposition discovery only (ECF No. 35) which the parties genuinely believed would be sufficient time to complete all remaining discovery.

This third request arises from the parties sincere belief this matter can be resolved, but additional time is required to do so. The parties began discussions to resolve this matter on June 5, 2018, which has included gathering additional information necessary to resolve this matter fully and completely. The parties continue in their discussions and additional information may be necessary. If this matter does not reach resolution, current outstanding depositions will need to be taken, as well as concluding Plaintiff's deposition on limited topics as was agreed to by respective Counsel.

4. The parties stipulate and agree to extend the discovery deadline for sixty-one (61) days from July 13, 2018 up to and including August 13, 2018, for the Parties to continue their efforts to resolve this matter and should those efforts be unsuccessful, for purposes of allowing the parties to complete deposition discovery, allow for deposition transcripts to be prepared timely, and to allow for discovery to be completed prior to the filing of dispositive motions.

5. The parties further agree to extend the due date for dispositive motions to thirty (30) days after the proposed new close of discovery.

**STATEMENT OF DISCOVERY THAT HAS BEEN COMPLETED**

The parties have been diligently pursuing discovery. To date, they have exchanged initial disclosures, including relevant documents, supplemented their initial disclosures, exchanged written document requests and interrogatories, and responded to the same. Depositions have been taken.

Plaintiff served the following disclosures:

    a.    Initial Disclosures on November 29, 2017;

    b.    First Supplemental Disclosures on December 19, 2017.

    c.    Second Supplemental Disclosures on March 30, 2018.

    d.    Third Supplemental Disclosures on April 30, 2018.

    e.    Fourth Supplemental Disclosures on May 14, 2018.

    f.    Fifth Supplemental Disclosures on June 8, 2018.

Defendant served the following disclosures:

    a.    Initial Disclosures on November 29, 2017;

    b.    First Supplemental Disclosures on March 8, 2018.

    c.    Second Supplemental Disclosures on March 28, 2018.

    d.    Third Supplemental Disclosures on April 17, 2018.

    e.    Fourth Supplemental Disclosures on May 4, 2018.

    f.    Fifth Supplemental Disclosures on May 14, 2018.

    g.    Sixth Supplemental Disclosures on May 21, 2018.

    h.    Seventh Supplemental Disclosures on May 24, 2018.

    i.    Eighth Supplemental Disclosures on June 13, 2018.

    j.    Ninth Supplemental Disclosures on June 19, 2018.

Plaintiff served the following discovery requests:

    a.    First Set of Interrogatories. Defendant responded on February 7, 2018.

    b.    Second Set of Interrogatories. Defendant responded on May 10, 2018.

    c.    Third Set of Interrogatories. Defendant responded on May 15, 2018.

    d.    First Set of Requests for Production of Documents. Defendant responded on February 7, 2018.

    e.    Second Set of Requests for Production of Documents. Defendant responded on April 19, 2018.

    f.    Third Set of Requests for Production of Documents. Defendant responded on May 10, 2018.

    g.    Plaintiff took the deposition of two fact witnesses on June 5, 2018. Plaintiff has at least one additional fact witness to depose in addition to witness(es) pursuant to Fed. R. Civ. P. 30(b)(6). An additional deposition was vacated so the Parties could discuss resolution of this matter. The parties began collaborating with Defendant to set deposition(s) pursuant to Fed. R. Civ. P. 30(b)(6) and have engaged in initial discussion regarding 30(b)(6) topic/subjects. Those discussions

are on hold while the Parties discuss resolution of this matter before additional fees and costs are expended.

Defendant served the following discovery requests:

    a.    First Set of Interrogatories. Plaintiff responded on March 30, 2018.

    b.    Second Set of Interrogatories. Plaintiff responded on April 10, 2018.

    c.    Third Set of Interrogatories. Plaintiff responded on May 11, 2018.

    d.    First Set of Request for Production of Documents. Plaintiff responded on March 30, 2018.

    e.    Defendant took Plaintiff's deposition on June 1, 2018.

    f.    Third party subpoenas on Plaintiff's health care providers, the Culinary Worker's Pension Fund, and the Social Security Administration.

## STATEMENT OF DISCOVERY THAT REMAINS TO BE COMPLETED

For the above stated reasons, the parties request that the deadline to complete depositions be extended for sixty-one days (61) days from July 13, 2018, to August 13, 2018, to fully explore and engage in discussions to resolve this matter and, should those discussions be unsuccessful, to complete depositions.

## PROPOSED SCHEDULE

The parties stipulate and agree that:

1.    **Discovery**: The discovery period shall be extended sixty-one days (61) days from July 13, 2018, to August 13, 2018, to allow the parties to complete deposition discovery of necessary.

2.    **Dispositive Motions**: The dispositive motions deadline shall be extended thirty (30) days from August 13, 2018 to September 12, 2018.

3.    **Pre-Trial Order**: If no dispositive motions are filed, the Joint Pretrial Order shall be filed forty-five (45) days after the date set for the filing of dispositive motions, which is October 27, 2018. In the event dispositive motions are filed, the date for filing the Joint Pretrial Order shall be suspended until thirty (30) days after decision on the dispositive motions or by further order of the Court.

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED this 26th day of June, 2018.

| KEMP & KEMP | JACKSON LEWIS P.C. |
|---|---|
| /s/ Victoria L. Neal | /s/ Elayna J. Youchah |
| James P. Kemp, NV Bar No. 6375 | Elayna J. Youchah, NV Bar No. 5837 |
| Victoria L. Neal, NV Bar No. 13382 | Donald P. Paradiso, NV Bar No. 12845 |
| 7435 W. Azure Drive, Suite 110 | 3800 Howard Hughes Parkway, Ste. 600 |
| Las Vegas, Nevada 89130 | Las Vegas, Nevada 89169 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| *Maria Mendez De Quinonez* | *Ramparts, Inc. dba Luxor Hotel Casino* |

**ORDER**

IT IS SO ORDERED. IT IS FURTHER ORDERED THAT NO FURTHER EXTENSIONS WILL BE ALLOWED.

United States Magistrate Judge

Date: July 10, 2018

KEMP & KEMP
ATTORNEYS AT LAW
624 N. RAINBOW BOULEVARD
LAS VEGAS, NEVADA 89107
TEL. (702) 258-1183 ♦ Fax (702) 258-6983